IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DORIS FORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO.: 3:07-cv-0656-SRW |
| ) | |
| MICHAEL J. ASTRUE ) | |
| Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR EXTENSION OF TIME

COMES NOW the Plaintiff, by and through her attorney, Micki Beth Stiller, and moves the Court for a thirty (30) day extension of time, from December 11, 2007, in which to prepare the Federal Court brief. This would make the new deadline January 10, 2008.

1. Due to unforseen circumstances, ie: deadlines with briefs and numerous hearings; and the holiday season;

2. Counsel has conferred with the U.S. Attorney's office who have no objections to this Motion for an Extension of Time.

Dated this 7th day of December, 2007.

**MOTION GRANTED**

THIS 10th DAY OF December, 20 07

_____
UNITED STATES MAGISTRATE JUDGE