IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DORIS R. FORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:07-CV-656-SRW |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**SECOND MOTION FOR EXTENSION TO FILE BRIEF**

COMES NOW the Commissioner of Social Security, by Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully requests a second extension of time within which to file his Brief. In support of this Motion, Defendant shows unto the Court the following:

1. The Office of the General Counsel for the Social Security Administration (OGC) in Kansas City, which is responsible for preparing the briefs in these matters, has been diligently attempting to keep up with their various Social Security obligations. These obligations include preparing District Court briefs for eleven judicial districts and appellate briefs for ten districts in five circuits as well as handling discrimination complaints by employees and Social Security applicants, personnel actions for the Merit Systems Protection Board, bankruptcy matters, state and federal court subpoenas, federal tort claims act cases, disability class actions, and various formal and informal legal advice. The attorneys at the OGC in Kansas City are diligently attempting to cope with the workload that they face.

2. Defendant's Brief is due to the Court on March 12, 2008.

**MOTION GRANTED**

THIS 12th DAY OF March, 20 08

_____
UNITED STATES MAGISTRATE JUDGE

3.   One previous motion for an extension of time to file Defendant's brief has been filed.

4.   There are no other court imposed deadlines.

5.   An extension of time will not pose a hardship on the parties.

6.   Plaintiff has been contacted and does not object to Defendant's request.

WHEREFORE, Defendant respectfully prays that the Court grant a second extension of time to and including Friday, April 11, 2008, to file his Brief.

Respectfully submitted this the 12th day of March, 2008.

LEURA G. CANARY
United States Attorney

By: s/James J. DuBois
JAMES J. DUBOIS
Assistant United States Attorney
GA Bar Number: 231445
Post Office Box 197
Montgomery, AL 36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail: **James.DuBois2@usdoj.gov**

Of Counsel for the Defendant:

Kristi A. Schmidt, Acting Chief Counsel
Social Security Administration, Region VII
Stacy A. Morgan, Assistant Regional Counsel
Richard Bolling Federal Building
601 East 12th Street, Suite 535
Kansas City, Missouri 64106