IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DORIS FORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:07cv656-SRW |
| ) | |
| MICHAEL ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

# **ORDER**

Upon consideration of the Commissioner's motion to remand (Doc. # 17), it is

ORDERED that plaintiff may respond to the motion on or before **April 9, 2008**.

Additionally, the undersigned Magistrate Judge cannot proceed in this action without written consent from both parties. Accordingly, any party which has not previously filed a written consent to Magistrate Judge jurisdiction may do so on or before **April 9, 2008** by completing the attached form and returning it to the Clerk of the Court. **Do not file this form electronically.**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

_____,            )
                                            )
         Plaintiff(s),                      )
                                            )
v.                                          )       CIVIL ACTION NO. _____
                                            )
_____,            )
                                            )
         Defendant(s).                      )

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_____            _____
         Date                                       Signature

                                            _____
                                            Counsel For (**print** name of all parties)

                                            _____
                                            Address, City, State Zip Code

                                            _____
                                            Telephone Number

**<u>DO NOT FILE THIS DOCUMENT ELECTRONICALLY.</u>**
**Please mail to:**
**Clerk, United States District Court**
**Post Office Box 711**
**Montgomery, AL 36101**